UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD EBY,<br><br>                Petitioner,<br>    v.<br>AARON FORD,<br><br>                Respondent. | Case No. 3:22-cv-00256-ART-CSD<br><br>ORDER |

*Pro se* Petitioner Donald Eby filed an amended protective Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 5 ("Petition")). On August 11, 2022, this Court issued an order for Eby to show cause why the Petition should not be dismissed with prejudice as moot. (ECF No. 6). This Court gave Eby 45 days to show cause, Respondents 30 days to respond, and Eby 15 days to reply. (*Id.* at 3). Eby timely responded to the order to show cause, and Respondents timely filed their response. (ECF Nos. 8, 9). Eby has now filed a motion, explaining that he never received Respondents' response and would like additional time to file his reply. (ECF No. 10). Good cause appearing,

It is ordered that the motion for order of Respondents' response to Petitioner (ECF No. 10) is granted.

It is further ordered that the Clerk of the Court send Petitioner a copy of Respondents' response and corresponding exhibit. (ECF Nos. 9, 9-1).

It is further ordered that Eby has 15 days from the date of this order to file his reply.

DATED THIS 21st day of October 2022.

                                            ANNE R. TRAUM
                                            UNITED STATES DISTRICT JUDGE