UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD EBY,<br><br>　　　　　　Petitioner,<br>　v.<br>AARON FORD,<br><br>　　　　　　Respondent. | Case No. 3:22-cv-00256-ART-CSD<br><br>ORDER |

Petitioner having filed a motion for enlargement of time (first request) (ECF No. 12), and good cause appearing;

　　It is therefore ordered that Petitioner's motion for enlargement of time (first request) (ECF No. 12) is granted. Petitioner will have up to and including December 2, 2022, to file his reply to the order to show cause.

　　DATED THIS 8th day of November 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1